**Order entered February 28, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00715-CR

**ADRIAN V. BARRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-30801-P**

## ORDER

On February 8, 2013, this Court ordered the Dallas County District Clerk to file a supplemental clerk's record containing the trial court's certification of appellant's right to appeal. In response, the District Clerk filed a supplemental clerk's record containing a letter stating that the office "is not able to comply with the [C]ourt's order" because it is not in possession of the certification.

Accordingly, we **ORDER** the trial court to prepare a certification of appellant's right to appeal that accurately reflects the trial court's proceedings and to deliver the certification for filing with this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the following:

- Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court;

- Gary Fitzsimmons, Dallas County District Clerk;

- Dallas County District Clerk, Criminal Records Division; and

- Counsel for all parties.

        /s/     CAROLYN WRIGHT
               CHIEF JUSTICE